JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONDOFIX, INC.,<br>Plaintiff,<br>v.<br>FIX AUTO COLLISION CENTER, and OMAR ACHAKZAD,<br>Defendants. | Case No. 8:26-cv-00108-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 23]" entered substantially contemporaneously herewith, and in accordance with Rules 55(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 & 1367.

2. Plaintiff Mondofix, Inc. ("Mondofix") shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Fix Auto Collision Center and Omar Achakzad (jointly, "Defendants"), jointly and severally, in the amount of **$34,677.38** (consisting of costs of $565.88 and attorneys' fees of $34,111.50).

3. Defendants, and each of them, are **PERMANENTLY RESTRAINED** and **ENJOINED**:

a. from advertising, marketing, promoting, offering, selling, or providing automotive, collision repair, or maintenance services using the following trademarks of Mondofix:

i. FIX AUTO® (U.S. Reg. No. 5,294,029), Sept. 26, 2017;

ii. FIX AUTO® & Design (U.S. Reg. No. 2,233,448), Mar. 23, 1999;

iii. FIX AUTO EXPRESS® (U.S. Reg. No. 5,087,193), Nov. 22, 2016;

iv. FIX AUTO COLLISION & Design (U.S. App. No. 99/128,347), Apr. 9, 2025;

v. FIX AUTO COLLISION & Design (U.S. App. No. 99/177,340), May 9, 2025;

vi. FIX AUTO SERVICE (U.S. App. No. 99/050,660), June 20, 2023; and

vii. FIX AUTO SERVICE & Design (U.S. App. No. 98/050,652); and

b. from using any similar variations thereof, including, without limitation, FIX AUTO COLLISION CENTER.

4. As provided in Rule 65(d)(2) of the Federal Rules of Civil Procedure, the foregoing Paragraph 3 also binds the following who receive actual notice of this Judgment by personal service or otherwise:

a. the officers, agents, servants, employees, and attorneys of Defendants, or either of them; and

b. other persons in active concert or participation with Defendants, or either of them, or with anyone described in Paragraph 4(a).

5. Defendants are liable for post-judgment interest pursuant to 28 U.S.C. § 1961.

6. This Court retains jurisdiction over this matter for the purpose of enforcing the terms of this Judgment.

7. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 23, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE